UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>SURURI BARBEE,<br><br>                    Defendant. | 20 Cr. 403 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The conference in this matter previously scheduled for November 20, 2020, is hereby ADJOURNED to **January 13, 2021, at 11:00 a.m.**

      SO ORDERED.

Dated:   October 26, 2020
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge