U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 8, 2021

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States* v. *Sururi Barbee,* 20 Cr. 403 (KPF)

Dear Judge Failla:

    A Violation of Supervised Release ("VOSR") hearing is presently scheduled for January 13, 2021 in the above-captioned case. The Government has learned that there has not been progress in the defendant's state case, which forms the basis of the instant VOSR specifications. Accordingly, the parties jointly and respectfully request that the conference be adjourned three months.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

    By:    /s/ Rebecca T. Dell
    Rebecca T. Dell
    Assistant United States Attorney
    (212) 637-2198

cc:    Xavier Donaldson, Esq. (via ECF)

```
Application GRANTED.  The VOSR hearing is ADJOURNED to April 14,
2021, at 11:00 a.m.

The Clerk of Court is directed to terminate the motions at
docket numbers 10 and 13.
```

SO ORDERED.

Dated:    January 8, 2021
          New York, New York

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE