U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2021

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
New York, New York 10007

      Re:    *United States* v. *Sururi Barbee,* 20 Cr. 403 (KPF)

Dear Judge Failla:

      A Violation of Supervised Release ("VOSR") hearing is presently scheduled for June 23, 2021 in the above-captioned case. The Government has learned that there has not been progress in the defendant's state case, which forms the basis of the instant VOSR specifications. Accordingly, the parties jointly and respectfully request that the conference be adjourned 90 days.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

      By:   /s/ Rebecca T. Dell
      Rebecca T. Dell
      Assistant United States Attorney
      (212) 637-2198

cc:    Xavier Donaldson, Esq. (via ECF)

```
Application GRANTED.  Mr. Barbee's VOSR hearing is ADJOURNED to
October 5, 2021, at 11:30 a.m.
```

```
Dated:   June 17, 2021
         New York, New York
```

SO ORDERED.

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE