

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2022

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
New York, New York 10007



Re:    *United States* v. *Sururi Barbee,* 20 Cr. 403 (KPF)

Dear Judge Failla:

A Violation of Supervised Release ("VOSR") hearing is presently scheduled for January 12, 2022 in the above-captioned case. The Government has learned that there has not been progress in the defendant's state case in Westchester County, which forms the basis of some of the instant VOSR specifications. The parties jointly and respectfully request that the conference be adjourned 60 days.

Respectfully submitted,

DAMIAM WILLIAMS
United States Attorney

By:    /s/ Rebecca T. Dell
Rebecca T. Dell
Assistant United States Attorney
(212) 637-2198

cc:    Xavier Donaldson, Esq. (via ECF)

---

```
Application GRANTED.  The hearing in this matter is ADJOURNED to March
16, 2022, at 11:00 a.m.

The Clerk of Court is directed to terminate the motion at docket entry
26.
```

SO ORDERED.

Dated:   January 5, 2022
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE