## DONALDSON & CHILLIEST, LLP

| | Attorneys at Law | |
|---|---|---|
| Xavier R. Donaldson | 1825 Park Avenue, Suite 1102 | Ozro Thaddeus Wells |
| Anthony S. Chilliest | New York, New York 10035 | Paul P. Martin |
| | Telephone: (212) 722-4900 | Jaye Ballard |
| *Member NY & NJ Bars | Facsimile: (212) 722-4966 | Jason Foy* |
| | | Of Counsel |

January 4, 2023

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



RE: *United States of America v. Sururi Barbee*
    20 Cr 403 (KPF)

Honorable Failla,

    As the Court is aware, I represent Mr. Barbee in the above referenced matter. Yesterday I sent the Court a letter requesting that Mr. Barbee's surrender date be adjourned for thirty (30) days because he was not notified of a designation location. This morning, his supervising officer indicated that he had in fact been designated to FCI Schuylkill. Just to be clear, Mr. Barbee was not made aware of this designation until this morning. As such, we are requesting that this Court's previous Order directing Mr. Barbee to surrender on or before February 6, 2023 to FCI Schuylkill remain in place.

    I have spoken to the Government related to this request and they do not have a position on this matter as of yet.

    Thank you in advance for your consideration.

Sincerely,

DONALDSON & CHILLIEST, LLP

/s/ *Xavier R. Donaldson*

Xavier R. Donaldson, Esq.

---

```
Application GRANTED.  Mr. Barbee shall surrender to FCI Schuylkill on or before
February 6, 2023.  He shall remain released until that time on the condition
that he continue to submit to electronic monitoring.

The Clerk of Court is directed to terminate the motion at docket entry 45.


Dated:     January 4, 2023                SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE