UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SURURI BARBEE,<br><br>Defendant. | 20 Cr. 403 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 10, 2022, the Court sentenced Mr. Barbee to a term of twenty-four imprisonment for violating the conditions of his supervised release. Judgment was entered on November 16, 2022. (Dkt. #42). Mr. Barbee is due to surrender to FCI Schuylkill on or before February 6, 2023. (Dkt. #46).

The Court has received two pro se submissions from Mr. Barbee in the weeks since his sentencing: (i) a notice of appeal, which the Court accepted despite its untimely filing (Dkt. #47-49), and (ii) an application for bail pending appeal, which the Court received by mail and which has not been docketed. Given the contents of these filings, the Court finds it appropriate to end Mr. Donaldson's representation of Mr. Barbee and to appoint new counsel for Mr. Barbee's bail and appellate proceedings.

The Criminal Justice Act ("CJA") attorney on duty on the date of this Order is directed to file a letter on the docket on or before **February 10, 2023**, informing the Court whether they would like the Court to docket Mr. Barbee's pro se bail application and proposing next steps in this matter.

The Clerk of Court is directed to terminate Mr. Donaldson from the docket and to substitute the CJA attorney on duty as counsel for Mr. Barbee. The Court thanks Mr. Donaldson for his work on this case to date.

SO ORDERED.

Dated: January 31, 2023
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge